[No. 37715-9-I.    Division One.    May 19, 1997.]

*In the Matter of the Marriage of* BRIAN ALEXANDER ESPARZA, *Appellant*, and MICHELE ANN ESPARZA, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 93-3-01630-5, JoAnne Alumbaugh, J., entered October 18, 1995. *Affirmed* by unpublished per curiam opinion.

[No. 37809-1-I.    Division One.    May 19, 1997.]

HERBERT G. HAMILTON, *Appellant*, v. THE CITY OF SEATTLE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 94-2-29540-3, R. Joseph Wesley, J., entered November 14, 1995. *Reversed* by unpublished opinion per Kennedy, A.C.J., concurred in by Coleman and Webster, JJ.

[No. 38195-4-I.    Division One.    May 19, 1997.]

DAVID A. PEPPARD, *Respondent*, v. RUSSELL DECKER, ET AL., *Defendants*, THRIFY RENT-A-CAR SYSTEMS, INC., ET AL., *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 94-2-12425-1, Peter Jarvis, J., entered February 22, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38196-2-I.    Division One.    May 19, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARISSA WILLIAMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 95-1-06419-8, Mary Wicks Brucker, J., entered February 26, 1996. *Affirmed* by unpublished per curiam opinion.